# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BRANDON BLUHM,

    Plaintiff,

v.                                      Case No:   6:19-cv-2300-WWB-LHP

WYNDHAM VACATION
OWNERSHIP, INC., WYNDHAM
VACATION RESORTS, INC., EXTRA
HOLIDAYS, LLC and FAIRSHARE
VACATION OWNERS
ASSOCIATION,

    Defendants

## ORDER

This cause comes before the Court following a hearing on Defendants Wyndham Vacation Ownership, Inc., Wyndham Vacation Resorts, Inc., and Fairshare Vacation Owners Association, Inc.'s Supplemental Motion to Tax Attorneys' Fees and Costs.  Doc. No. 269, 273.  For the reasons stated on the record at the hearing, it is **ORDERED** as follows:

1. The Supplemental Motion to Tax Attorneys' Fees and Costs (Doc. No. 269) is **DENIED without prejudice**.  Defendants may file a renewed motion

within **thirty (30) days** of the date of this Order, of no more than **twenty-five (25) pages** as set forth herein.

2. Prior to filing any renewed motion, the parties must conduct a substantive meet and confer pursuant to the requirements of Local Rules 3.01(g) and 7.01(c), which must be conducted in person or by video conference (other means such as telephone or email will not suffice). A renewed motion must include a detailed recitation of the conferral efforts, to include the time, date, method, and length of the conferral, and the outcome of such conferral efforts, to include any agreement by the parties on the issues raised. Plaintiff is advised that a failure to confer will result in any renewed motion being deemed unopposed in all respects.

3. A renewed motion for quantification shall not exceed **twenty-five (25)** pages in length, and must also comply with Local Rule 3.01(a). Defendants must also conduct a lodestar analysis, or provide citation to applicable legal authority demonstrating that the lodestar does not apply. A renewed motion shall attach any evidence that Defendants wish the Court to consider, and the motion must address that evidence by pinpoint citation and citation to legal authority demonstrating the propriety of the relief sought. Defendants may not incorporate by reference any prior submissions. *See* Local Rule 3.01(f).

4. Within **twenty-one (21) days** of filing, Plaintiff shall file a response, not to exceed **twenty (20) pages** in length.

5. Defendants are cautioned that failure to support any requested fee or expense by citation to legal authority and evidence will result in a recommendation that the request be denied. Plaintiff is likewise cautioned that any objection unsupported by legal authority and/or evidence will be summarily overruled.

**DONE** and **ORDERED** in Orlando, Florida on May 22, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties